No. 99–1078. KERNAN, WARDEN v. HENRY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1087. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY v. LORD. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1085. LEVAN ET AL. v. CAPITAL CITIES/ABC, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 99–7884. APPLE v. GLENN, FORMER UNITED STATES SENATOR, ET AL. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 98–9855. GIBSON v. APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 856;

No. 99–693. LICHTIG v. CALIFORNIA, *ante*, p. 1076;

No. 99–727. TENG LI-ANN LEE v. CITY OF RANCHO PALOS VERDES ET AL., *ante*, p. 1077;

No. 99–842. SCHLUNEGER v. UNITED STATES, *ante*, p. 1080;

No. 99–891. WILSON v. CALIFORNIA ET AL., *ante*, p. 1081;

No. 99–5339. GRAHAM v. GREEN ET AL., *ante*, p. 899;

No. 99–5915. ELDRIDGE v. UNITED STATES, *ante*, p. 1082;

No. 99–6821. JACKSON v. TEXAS ELECTRIC UTILITY SERVICE Co., *ante*, p. 1053;

No. 99–6899. ERICSON v. IDC SERVICES, INC., ET AL., *ante*, p. 1090;

No. 99–7108. HEAD v. UNITED STATES, *ante*, p. 1094;

No. 99–7148. KANAZEH v. SANDGROUND, BARONDESS & WEST ET AL., *ante*, p. 1140;

No. 99–7262. THORNTON v. SCARDELLETTI ET AL., *ante*, p. 1141;

No. 99–7266. CLARK v. AT ENTERTAINMENT, INC., ET AL., *ante*, p. 1141; and

No. 99–7312. TURKS v. ILLINOIS, *ante*, p. 1127. Petitions for rehearing denied.